O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA CR 12-015 |
|---|---|
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| JOAQUIN LAMAS PEREZ, | ) |
| Defendant. | ) |

I

A.   ( )   On motion of the Government in a case allegedly involving:

    1.   ( )   a crime of violence.

    2.   ( )   an offense with maximum sentence of life imprisonment or death.

    3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

    5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

        device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1.   (x)   a serious risk that the defendant will flee.

    2.   ( )   a serious risk that the defendant will:

        a.   ( )   obstruct or attempt to obstruct justice.

        b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.   ( )   The Court finds that no condition or combination of conditions will reasonably assure:

    1.   (X)   the appearance of the defendant as required.

    ( ) and/or

    2.   ( )   the safety of any person or the community.

B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

   destructive device;

  B. the weight of evidence against the defendant;

  C. the history and characteristics of the defendant; and

  D. the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

  A. (X) As to flight risk:

  **Defendant is undocumented.  He has no ties to the community and no bail resources.**

  B. ( ) As to danger:

## VI

  A. ( ) The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

  B. The Court bases the foregoing finding(s) on the following:

## VI

  A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

  B. IT IS FURTHER ORDERED that the defendant be committed to the

1     custody of the Attorney General for confinement in a corrections facility
2     separate, to the extent practicable, from persons awaiting or serving sentences
3     or being held in custody pending appeal.

4     C.     IT IS FURTHER ORDERED that the defendant be afforded reasonable
5     opportunity for private consultation with counsel.

6     D.     IT IS FURTHER ORDERED that, on order of a Court of the United
7     States or on request of any attorney for the Government, the person in charge
8     of the corrections facility in which defendant is confined deliver the defendant
9     to a United States marshal for the purpose of an appearance in connection with
10    a court proceeding.

12    DATED: February 6, 2012

13    _____
14    MARC L. GOLDMAN
        UNITED STATES MAGISTRATE JUDGE